JOSEFINA PHILLIPS, Appellant, v CITY OF NEW YORK, Respondent.

Submitted August 12, 2013; decided October 15, 2013

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's dismissal of the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining part of the Appellate Division order does not finally determine the action within the meaning of the Constitution.